Date: 11/20/09                    DIVIDENDS REMITTED TO THE COURT                     Page: 1
                              Check Number 1021 Dated 11/20/09
                           Case Number 08-31265 - MCDUNNOUGH, KEVIN

|                      |            | Amount  | Amount |
| Creditor             | Claim No.  | Allowed | Paid   |
|----------------------|------------|---------|--------|
| Chase Bank USA, N.A  | 000022     | 458.48  | 4.50   |
| P O Box 740933       |            |         |        |
| Dallas, Tx 75374     |            |         |        |
|                      |            |         |        |
| ---------- Remittance Total ---------- | | 458.48 | 4.50 |

*(signature)*

Michael A. Mason, Trustee